UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
|---|---|---|
| Monica A. Adduci | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 16-18380 |

## RESPONSE OF TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

Comes Now, Monica A. Adduci, hereinafter referred to as "Debtor" by and through his undersigned counsel and in response to the Motion for Relief from the Automatic Stay and in support thereof avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied.

5. Denied.

6. Denied.

7. Denied. The Debtor avers that she made payments that were not credited to her account. Accordingly, the Debtor requests a post-petition pay history on the subject vehicle.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

Dated:  January 23, 2018

/s/Brad J. Sadek, Esquire
Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, #502
The Philadelphia Building
Philadelphia, PA 19107
(215) 545-0008